UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR DOWNEY 2004-AR2,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA L. ROS, an individual, DAVID CRUZ, an individual, and Does 1 through 10,<br><br>Defendants. | CASE NO. 12-CV-01981 BEN (WVG)<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO REMAND AND DENYING DEFENDANTS' MOTION TO CONSOLIDATE CASES<br><br>[ECF Nos. 2, 3] |
|---|---|

On August 9, 2012, Defendants removed this unlawful detainer action to federal court. ECF No. 1. Four days later, Defendants filed a motion to consolidate this case with a different case involving the same property, *Ros v. Deutsche Bank Nat'l Trust Co.*, Case No. 3:12-cv-01929-BEN-WVG. ECF No. 2. Defendants assert that the Court has jurisdiction over this matter because the related cause of action involves a federal question. Plaintiff has filed an *ex parte* motion to remand the case to state court based on lack of jurisdiction. ECF No. 3.

"Only state-court actions that originally could have been filed in federal court may be removed to federal court by the defendant." *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987). "Absent diversity of citizenship, federal-question jurisdiction is required." *Id.* "The presence or absence of federal-question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's

properly pleaded complaint." *Id.*

The only claim for relief in this case is a state claim. *See* ECF No. 1-3. Accordingly, the Court lacks subject matter jurisdiction. To the extent Defendants' argument can be construed as a request for this Court to assert supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a), it is unpersuasive. *Wescom Credit Union v. Dudley*, No. CV 10-8203, 2010 WL 4916578, at *3 (C.D. Cal. Nov. 22, 2010) (noting that the supplemental jurisdiction statute "does not authorize supplemental jurisdiction over free-standing state law claims that are related to a *separate* action over which the court has jurisdiction").

Plaintiff's motion to remand is **GRANTED**, and the case is **REMANDED** to state court. Defendants' motion to consolidate is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: October __, 2012

HON. ROGER T. BENITEZ
United States District Judge